Thomas Hannah et al., Appellants, vs. John F. Hughes, Sr., et al., Appellees.

Appeal from Circuit Court, Washington county.

*D. L. McKinnon*, for Appellants.

*William Fisher and Blount & Blount*, for Appellees.

The bill in this case was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed because after the demurrer to the original bill was overruled and appeal entered, the bill was amended and further proceedings were had

therein, this being an appeal from an order overruling the demurrer to the original bill.